ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Asturian Group, Inc.                           )    ASBCA No. 63687
                                               )
Under Contract No. N40085-16-D-3041            )
  Task Order No. N40085-19-F-6936              )

APPEARANCE FOR THE APPELLANT:          Beth McMahon, Esq.
                                          Reaves GovCon Group
                                          Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        David L. Nimmich, Esq.
                                        Howard A. Smith, Esq.
                                        Lauren D. Mehosky, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

On November 21, 2024, appellant was ordered to show cause, no later than December 6, 2024, why the appeal should not be dismissed for failure to prosecute. Appellant has not responded to that order. Appellant has likewise failed to respond to earlier Board Orders. Accordingly, the above appeal is dismissed with prejudice under Board Rule 17.

Dated: December 9, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63687, Appeal of Asturian Group, Inc., rendered in conformance with the Board's Charter.

Dated:  December 10, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
